## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FRUEH, BERNARD C
      FRUEH, JOANNE J

Case No. 08-14124

Chapter 7

      Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $290,100.00      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,142.93      Claims Discharged
    Without Payment: $84,449.37

Total Expenses of Administration: $1,860.93

---

    3) Total gross receipts of $ 10,003.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,003.86 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $275,361.00 | $57,668.31 | $8,142.93 | $8,142.93 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,860.93 | 1,860.93 | 1,860.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 3,758.06 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 123,558.47 | 46,750.12 | 46,750.12 | 0.00 |
| **TOTAL DISBURSEMENTS** | $398,919.47 | $110,037.42 | $56,753.98 | $10,003.86 |

    4) This case was originally filed under Chapter 7 on June 02, 2008. The case was pending for 34 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COMPROMISE ESTATE'S RIGHT, TITLE AND INTEREST | 1249-000 | 10,000.00 |
| Interest Income | 1270-000 | 3.86 |
| **TOTAL GROSS RECEIPTS** | | **$10,003.86** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Internal Revenue Service | 4300-000 | N/A | 50,051.09 | 8,142.93 | 8,142.93 |
| 3S | CBW Realty LLC | 4700-000 | 3,645.00 | 1,251.50 | 0.00 | 0.00 |
| 7 | Harbor Springs Property Owners Association | 4300-000 | N/A | 1,270.25 | 0.00 | 0.00 |
| 10 | Delaware Place Bank | 4300-000 | 6,004.00 | 5,095.47 | 0.00 | 0.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 2,212.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 263,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$275,361.00** | **$57,668.31** | **$8,142.93** | **$8,142.93** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,750.39 | 1,750.39 | 1,750.39 |
| BRADLEY J. WALLER | 2200-000 | N/A | 110.54 | 110.54 | 110.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,860.93 | 1,860.93 | 1,860.93 |

**EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 1,333.06 | 0.00 | 0.00 |
| 3P | CBW Realty LLC | 5600-000 | N/A | 2,425.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,758.06 | 0.00 | 0.00 |

**EXHIBIT 7 — GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | 69,839.22 | 12,067.27 | 12,067.27 | 0.00 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | 3,408.00 | 3,958.33 | 3,958.33 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 4,134.00 | 4,321.56 | 4,321.56 | 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 5,828.00 | 5,849.98 | 5,849.98 | 0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 2,650.00 | 2,736.20 | 2,736.20 | 0.00 |
| 8 | PHARIA L.L.C. | 7100-000 | N/A | 9,916.46 | 9,916.46 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim | Claimant | Code | Amount | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|
| 9 | PHARIA L.L.C. | 7100-000 | N/A | 7,900.32 | 7,900.32 | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Providian Financial | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbsd | 7100-000 | 2,264.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 1,254.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 7,582.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 9,390.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 7100-000 | 13,802.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcydsnb | 7100-000 | 1,824.00 | N/A | N/A | 0.00 |
| NOTFILED | EPI Realty and Management | 7100-000 | 1,270.25 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 123,558.47 | 46,750.12 | 46,750.12 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-14124  
**Case Name:** FRUEH, BERNARD C  
FRUEH, JOANNE J  
**Period Ending:** 04/05/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 06/02/08 (f)  
**§341(a) Meeting Date:** 07/07/08  
**Claims Bar Date:** 10/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SINGLE STORY FAMILY HOME AT 1932 SEAVIEW, AURORA | 263,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING/SAVINGS ACCOUNT WITH HAWTHORNE | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CHECKING ACCOUNT HEGWISCH SAVINGS | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | BOOKS, PICTURES AND MOMENTOS | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | DUKANE TECHNICAL SERVICES, INC. | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2002 CHRYSLER SEBRING LTD NADA VALUE | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2003 FORD 150 CARGO WORK VAN NADA VALUE | 5,800.00 | 0.00 | DA | 0.00 | FA |
| 11 | COMPROMISE ESTATE'S RIGHT, TITLE AND INTEREST (u)<br>  IN PROCEEDS FROM VEHICLE ACCIDENT | 0.00 | 10,000.00 | | 10,000.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 3.86 | FA |
| 12 | Assets   Totals (Excluding unknown values) | **$290,100.00** | **$10,000.00** | | **$10,003.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009   **Current Projected Date Of Final Report (TFR):**   September 29, 2009 (Actual)

Printed: 04/05/2011 10:32 AM   V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-14124  
**Case Name:** FRUEH, BERNARD C  
FRUEH, JOANNE J  
**Taxpayer ID #:** **-***5168  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/12/08 | {11} | Julieanne Steadman | | 1249-000 | 2,500.00 | | 2,500.00 |
| 10/31/08 | {11} | Joanne & Bernard Frueh | per court order of 10/17/2008 | 1249-000 | 2,500.00 | | 5,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.14 | | 5,000.14 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.36 | | 5,000.50 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 5,000.85 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,001.05 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 5,001.24 |
| 03/09/09 | {11} | Joanne J. Frueh & Bernard C Frueh | Per court order of 10/17/2008 | 1249-000 | 5,000.00 | | 10,001.24 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 10,001.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,002.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,002.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,002.82 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,003.24 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,003.66 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.20 | | 10,003.86 |
| 09/16/09 | | To Account #********1366 | | 9999-000 | | 10,003.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,003.86 | 10,003.86 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 10,003.86 | |
| | | | **Subtotal** | | **10,003.86** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,003.86** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2011 10:32 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-14124  
**Case Name:** FRUEH, BERNARD C  
FRUEH, JOANNE J  
**Taxpayer ID #:** **-***5168  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/16/09 | | From Account #********1365 | | 9999-000 | 10,003.86 | | 10,003.86 |
| 11/13/09 | 101 | Internal Revenue Service | Dividend paid 100.00% on $8,142.75; Claim# 1S; Filed: $50,051.09; Reference: Voided on 11/13/09 | 4300-000 | | 8,142.75 | 1,861.11 |
| 11/13/09 | 101 | Internal Revenue Service | Dividend paid 100.00% on $8,142.75; Claim# 1S; Filed: $50,051.09; Reference: Voided: check issued on 11/13/09 | 4300-000 | | -8,142.75 | 10,003.86 |
| 11/13/09 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,750.39, Trustee Compensation;  Reference: | 2100-000 | | 1,750.39 | 8,253.47 |
| 11/13/09 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $110.54, Trustee Expenses;  Reference: | 2200-000 | | 110.54 | 8,142.93 |
| 11/13/09 | 104 | Internal Revenue Service | Dividend paid   0.00% on $12,067.27; Claim# 1U; Filed: $12,067.27; Reference: XXX-XX-0536 Voided on 11/13/09 | 7100-000 | | 0.05 | 8,142.88 |
| 11/13/09 | 104 | Internal Revenue Service | Dividend paid   0.00% on $12,067.27; Claim# 1U; Filed: $12,067.27; Reference: XXX-XX-0536 Voided: check issued on 11/13/09 | 7100-000 | | -0.05 | 8,142.93 |
| 11/13/09 | 105 | Discover Bank/DFS Services LLC | Dividend paid   0.00% on $3,958.33; Claim# 2; Filed: $3,958.33; Reference: XXXXXXXX1608 Voided on 11/13/09 | 7100-000 | | 0.01 | 8,142.92 |
| 11/13/09 | 105 | Discover Bank/DFS Services LLC | Dividend paid   0.00% on $3,958.33; Claim# 2; Filed: $3,958.33; Reference: XXXXXXXX1608 Voided: check issued on 11/13/09 | 7100-000 | | -0.01 | 8,142.93 |
| 11/13/09 | 106 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   0.00% on $4,321.56; Claim# 4; Filed: $4,321.56; Reference: XXXXXXXX7772 Voided on 11/13/09 | 7100-000 | | 0.02 | 8,142.91 |
| 11/13/09 | 106 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   0.00% on $4,321.56; Claim# 4; Filed: $4,321.56; Reference: XXXXXXXX7772 Voided: check issued on 11/13/09 | 7100-000 | | -0.02 | 8,142.93 |
| 11/13/09 | 107 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   0.00% on $5,849.98; Claim# 5; Filed: $5,849.98; Reference: XXXXXXXX5503 Voided on 11/13/09 | 7100-000 | | 0.02 | 8,142.91 |
| 11/13/09 | 107 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   0.00% on $5,849.98; Claim# 5; Filed: $5,849.98; Reference: XXXXXXXX5503 Voided: check issued on 11/13/09 | 7100-000 | | -0.02 | 8,142.93 |
| 11/13/09 | 108 | CAPITAL ONE BANK (USA), N.A. | Dividend paid   0.00% on $2,736.20; Claim# 6; Filed: $2,736.20; Reference: XXXXXXXX6457 | 7100-000 | | 0.01 | 8,142.92 |

Subtotals :    $10,003.86    $1,860.94

{} Asset reference(s)

Printed: 04/05/2011 10:32 AM    V.12.56

Case 08-14124   Doc 49   Filed 04/05/11   Entered 04/05/11 10:58:46   Desc Main
Document   Page 9 of 10

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-14124  
**Case Name:** FRUEH, BERNARD C  
    FRUEH, JOANNE J  
**Taxpayer ID #:** **-***5168  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 11/13/09 | | | | |
| 11/13/09 | 108 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 0.00% on $2,736.20; Claim# 6; Filed: $2,736.20; Reference: XXXXXXXX6457 Voided: check issued on 11/13/09 | 7100-000 | | -0.01 | 8,142.93 |
| 11/13/09 | 109 | PHARIA L.L.C. | Dividend paid 0.00% on $9,916.46; Claim# 8; Filed: $9,916.46; Reference: Voided on 11/13/09 | 7100-000 | | 0.04 | 8,142.89 |
| 11/13/09 | 109 | PHARIA L.L.C. | Dividend paid 0.00% on $9,916.46; Claim# 8; Filed: $9,916.46; Reference: Voided: check issued on 11/13/09 | 7100-000 | | -0.04 | 8,142.93 |
| 11/13/09 | 110 | PHARIA L.L.C. | Dividend paid 0.00% on $7,900.32; Claim# 9; Filed: $7,900.32; Reference: Voided on 11/13/09 | 7100-000 | | 0.03 | 8,142.90 |
| 11/13/09 | 110 | PHARIA L.L.C. | Dividend paid 0.00% on $7,900.32; Claim# 9; Filed: $7,900.32; Reference: Voided: check issued on 11/13/09 | 7100-000 | | -0.03 | 8,142.93 |
| 11/13/09 | 111 | Internal Revenue Service | | 4300-000 | | 8,142.93 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 10,003.86 | 10,003.86 |
| Less: Bank Transfers | 10,003.86 | 0.00 |
| **Subtotal** | 0.00 | 10,003.86 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$10,003.86** |

Account Totals Checking Account Balance: $0.00

{} Asset reference(s)      Printed: 04/05/2011 10:32 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 08-14124 | | **Trustee:** | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| **Case Name:** | FRUEH, BERNARD C | | **Bank Name:** | The Bank of New York Mellon |
| | FRUEH, JOANNE J | | **Account:** | 9200-******13-66 - Checking Account |
| **Taxpayer ID #:** | **-***5168 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/05/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****13-65** | 10,003.86 | 0.00 | 0.00 |
| **Checking # ***-*****13-66** | 0.00 | 10,003.86 | 0.00 |
| **Checking # 9200-******13-66** | 0.00 | 0.00 | 0.00 |
| | $10,003.86 | $10,003.86 | $0.00 |

{} Asset reference(s)    Printed: 04/05/2011 10:32 AM    V.12.56